AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **OFFICE OF ATTORNEY GENERAL**
was received by me on *(date)* **09/13/2021**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Sarah Burgess**, who is designated by law to accept service of process on behalf of *(name of organization)* **ATTORNEY GENERAL EXECUTIVE ASSISTANCE** on *(date)* **09/13/21** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **09/13/2021**

*Server's signature*

**ROSCOE ROBINSON**
*Printed name and title*

**103 Vista View Tr, Spicewood TX 78[...]**
*Server's address*

Additional information regarding attempted service, etc:

**Western District of Texas - Austin Division, Texas**
501 W 5TH, STE 1100 AUSTIN TX 78701

PRIORITY SERVICE

# CASE #: 1:21-CV-796-LY

UNITED STATES OF AMERICA

*Plaintiff*
vs
STATE OF TEXAS

*Defendant*

## AFFIDAVIT OF SERVICE

I, ROSCOE ROBINSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 09/10/21 4:40 pm, instructing for same to be delivered upon STATE OF TEXAS BY DELIVERING TO, OFFICE OF THE ATTORNEY GENERAL.

That I delivered to:   STATE OF TEXAS BY DELIVERING TO, OFFICE OF THE ATTORNEY
                       GENERAL. By Delivering to Sarah Burgess, Executive Assistant

the following       : SUMMONS IN A CIVIL ACTION; COMPLAINT

at this address     : 209 W. 14th Street
                      Austin, Travis County, TX 78701

Manner of Delivery  : By PERSONALLY delivering the document(s) to the person above.

Delivered on        : Monday September 13, 2021 11:00 am


My name is ROSCOE ROBINSON, my date of birth is August 29th, 1950, and my address is 1520 Juliette Way Apt. 5304 Cedar Park TX 78613 and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Williamson County, State of Texas, on the **13TH** day of **SEPT**, 20**21**.

_____
ROSCOE ROBINSON    2675    Declarant
TX Certification#: PSC-6055 Exp. 11/30/2022


Service Fee: 155.00     PCP Inv#: A21901049
Witness Fee:     .00
Mileage Fee:     .00
Dodge, Christopher D.

pjohnson
eaffidavits@pcpusa.net

RETURN TO CLIENT