# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 1:21-cv-796 |
| THE STATE OF TEXAS, | § § | |
| Defendant. | § § | |

# EXHIBIT LIST

Pursuant to Local Rule CV-7(C)(1), the United States hereby identifies that the following exhibits are appended to its concurrently filed Emergency Motion for a Temporary Restraining Order or Preliminary Injunction:

| Exhibit No. | Exhibit Name |
|---|---|
| 1 | Declaration of Allison Gilbert, M.D. in Support of Motion of United States of America for Temporary Restraining Oder and Preliminary Injunction ("Gilbert Decl.") |
| 2 | Declaration of Lisa Newman ("Newman Decl.") |
| A | Jenna Greene, *CORRECTED COLUMN: Crafty lawyering on Texas abortion bill withstood SCOTUS challenge*, Reuters (Sept. 5, 2021, 2:40 PM EDT) |
| B | Jacob Gershman, *Behind Texas Abortion Law, an Attorney's Unusual Enforcement Idea*, The Wall Street Journal (Sept. 4, 2021, 9:38 AM) |
| C | Michael S. Schmidt, *Behind the Texas Abortion Law, a Persevering Conservative Lawyer*, N.Y. Times (Sept. 12, 2021 7:46 AM EST) |
| D | Emma Green, *What Texas Abortion Foes Want Next*, The Atlantic (Sept. 2, 2021) |
| 3 | Declaration of Amy Hagstrom Miller in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Hagstrom Miller Decl.") |
| 4 | Declaration of Melaney A. Linton in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction ("Linton Decl.") |

| | |
|---|---|
| 5 | Declaration of Rebecca Tong in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction ("Tong Decl.") |
| 6 | Declaration of Vicki Cowart in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction ("Cowart Decl.") |
| 7 | Declaration of Anna Rupani in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction ("Rupani Decl.") |
| 8 | Declaration of Joshua Yap, M.D., MPH, in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction ("Yap, M.D., MPH Decl.") |
| 9 | Declaration of Alix McLearen, PhD. ("McLearen Decl.") |
| 10 | Declaration of John Sheehan ("Sheehan Decl.") |
| 11 | Declaration of James S. De La Cruz ("De La Cruz Decl.") |
| 12 | Declaration of Patrice Rachel Torres ("Torres Decl.") |
| 13 | Declaration of Jillian Matz ("Matz Decl.") |
| 14 | Declaration in Support of the United States' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction ("Bodenheimer Decl.") |
| 15 | Declaration of Anne Marie Costello ("Costello Decl.") |

Declaration of Anne Marie Costello

Dated: September 14, 2021                    Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Acting Assistant Attorney General

                                                        BRIAN D. NETTER
                                                        Deputy Assistant Attorney General

                                                        MICHAEL H. BAER
                                                        Counsel to the Acting Assistant Attorney General, Civil Division

                                                        ALEXANDER K. HAAS
                                                        Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Lisa Newman*
Lisa Newman (TX Bar No. 24107878)
Kuntal Cholera
Christopher D. Dodge
Cody T. Knapp
James R. Powers
Joshua M. Kolsky
Olivia Hussey Scott
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for the United States*