IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-796-RP |
| STATE OF TEXAS, | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff United States of America's ("Plaintiff") Motion to Exceed Page Limitations. (Dkt. 6). Pursuant to Local Rule CV-7(d)(3), a party may exceed the page limitations when authorized by the Court. Defendant State of Texas ("Defendant") represented to the Court in an email sent at 8:28 a.m. on Wednesday, September 15, 2021 that it is not opposed to Plaintiff's request. In light of Defendant's nonopposition, the Court will grant Plaintiff's motion as unopposed.

Accordingly, Plaintiff's Motion to Exceed Page Limitations, (Dkt. 6), is **GRANTED**.

**IT IS ORDERED** that the Clerk of the Court shall file Plaintiff's Emergency Motion for a Temporary Restraining Order or Preliminary Injunction and its accompanying exhibits.

**SIGNED** on September 15, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE