UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS,<br><br>Defendant. | Civil No. 1:21-cv-796-RP |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Before the Court is the Motion for Leave to File Brief as *Amici Curiae* filed on September 15, 2021, by the Commonwealth of Massachusetts as counsel for proposed *amici* States (ECF No. __). Having considered the Motion, and noting that it is not opposed by the Parties, the Court finds that it should be and is hereby **GRANTED**. The proposed brief submitted with the Motion shall be filed in this action upon entry of this Order.

**SO ORDERED** on this ___ day of _____, 2021.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE