IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-796-RP |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the United States' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction (the "Motion"). (Dkt. 8). In light of Defendant State of Texas's ("Texas") representations to the Court that it opposes the Motion and wishes to be heard before the Court resolves the Motion, the Court finds that briefing and expedited consideration of the requested preliminary injunction is appropriate. Accordingly, a preliminary injunction hearing is set for **October 1, 2021, at 9:00 a.m**. The Court issues the following briefing schedule:

1. Texas shall file its response to the Motion no later than **9:00 a.m. on September 29, 2021**.

2. The United States shall file its reply, if any, prior to the hearing and no later than **9:00 a.m. on October 1, 2021**.

**SIGNED** on September 15, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE