THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>THE STATE OF TEXAS,<br><br>　　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Civil No.  1:21-cv-796<br>§<br>§<br>§<br>§ |

**PROPOSED SCHEDULING ORDER**

In light of the United States' Emergency Motion for a Temporary Restraining Order, the Court issues the following schedule:

　　a.　State of Texas opposition is due Monday, **September 20, 2021 at 12 p.m.**

　　b.　A hearing on the United States' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction is schedule on Tuesday, **September 21, 2021** at _____.

Signed: _____

　　　　　　　　　　　　　　　　　　　ROBERT PITMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE