# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff*, § § v. § § THE STATE OF TEXAS, § § *Defendant.* § | Case No. 1:21-cv-00796-RP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant files this Notice of Appearance of Counsel and hereby notifies the Court that Beth Klusmann will appear as counsel in the above-captioned case along with counsel listed below. Ms. Klusmann is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is as follows:

Beth Klusmann
Assistant Solicitor General
Tex. State Bar No. 24036918
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
Tel.: (512) 936-1914
Fax: (512) 474-2697
beth.klusmann@oag.texas.gov

| | |
|---|---|
| Date: September 16, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>*Attorney-in-Charge*<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |

*/s/ Beth Klusmann*
BETH KLUSMANN
Assistant Solicitor General
Tex. State Bar No. 24036918

NATALIE D. THOMPSON
Assistant Solicitor General
Tex. State Bar No. 24088529

ERIC A. HUDSON
Senior Special Counsel
Tex. State Bar No.
eric.hudson@oag.texas.gov

LEIF A. OLSON
Special Counsel
Tex. State Bar No. 24032801
leif.olson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
will.thompson@oag.texas.gov
beth.klusmann@oag.texas.gov
natalie.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
leif.olson@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 16, 2021, and that all counsel of record were served by CM/ECF.

             */s/ Beth Klusmann*
             BETH KLUSMANN