# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff*, § § v. § § THE STATE OF TEXAS, § § *Defendant.* § | Case No. 1:21-cv-00796-RP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant files this Notice of Appearance of Counsel and hereby notifies the Court that Eric A. Hudson will appear as counsel in the above-captioned case along with counsel listed below. Mr. Hudson is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

Eric A. Hudson
Tex. State Bar No. 24059977
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-2266
Fax: (512) 457-4410
eric.hudson@oag.texas.gov

| | |
|---|---|
| Date: September 16, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | BETH KLUSMANN<br>Assistant Solicitor General<br>Tex. State Bar No. 24036918 |
| | NATALIE D. THOMPSON<br>Assistant Solicitor General<br>Tex. State Bar No. 24088529 |
| | */s/ Eric A. Hudson*<br>ERIC A. HUDSON<br>Senior Special Counsel<br>Tex. State Bar No. 24059977 |
| | LEIF A. OLSON<br>Special Counsel<br>Tex. State Bar No. 24032801 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>will.thompson@oag.texas.gov<br>beth.klusmann@oag.texas.gov<br>natalie.thompson@oag.texas.gov<br>eric.hudson@oag.texas.gov<br>leif.olson@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 16, 2021, and that all counsel of record were served by CM/ECF.

<i>/s/ Eric A. Hudson</i><br>
ERIC A. HUDSON