IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-796-RP |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the United States' Opposed Motion for Expedited Briefing Schedule. (Dkt. 13). Consistent with the Court's previous Order, (Dkt. 12), that set a hearing on the United States' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction, (Dkt. 8), this case presents complex, important questions of law that merit a full opportunity for the parties to present their positions to the Court. Accordingly, **IT IS ORDERED** that the United States' Opposed Motion for Expedited Briefing Schedule, (Dkt. 13), is **DENIED**.

**SIGNED** on September 16, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE