UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:21-cv-00796-RP |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S PARTIALLY OPPOSED MOTION EXPEDITE CONSIDERATION OF MOTION TO CONDUCT EXPEDITED DISCOVERY**

Given that there are only 10 days until Texas's response to the Motion for Preliminary Injunction is due, Texas requests that the Court hear the Motion for Expedited Discovery no later than 5:00 p.m. on Tuesday, September 21.

Plaintiff does not oppose an expedited briefing schedule, but requests until noon on Wednesday, September 22, to file its opposition to the motion to expedite discovery.

Date: September 20, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

BETH KLUSMANN
Assistant Solicitor General
Tex. State Bar No. 24036918

NATALIE D. THOMPSON
Assistant Solicitor General
Tex. State Bar No. 24088529

Eric A. Hudson
Senior Special Counsel
Tex. State Bar No. 24059907

*/s/ Leif A. Olson*
Leif A. Olson
Special Counsel
Tex. State Bar No. 24032801

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
will.thompson@oag.texas.gov
beth.klusman@oag.texas.gov
natalie.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
leif.olson@oag.texas.gov

**Counsel for Defendant**

**Certificate of Conference**

I certify that on Monday, September 20, 2021, I conferred by telephone with Lisa Newman, counsel for the United States, who informed me of Plaintiff's position as stated in the motion.

*/s/ Leif A. Olson*

**Certificate of Service**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 20, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*