IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-796-RP |
| THE STATE OF TEXAS, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court are the State of Texas's ("Texas") Motion to Conduct Expedited Discovery, (Dkt. 20), and Partially Opposed Motion to Expedite Consideration of Motion to Conduct Expedited Discovery, (Dkt. 21), both filed last night on September 20, 2021. Texas requests that the Court hear its Motion to Conduct Expedited Discovery by 5:00 p.m. today. (Dkt. 21, at 1). The United States has represented that it does not oppose expedited consideration of Texas's Motion for Expedited Discovery, but requests an additional half-day to file its response. *Id.* Given the important issues in this case, the Court will set a schedule that allows the parties the opportunity to present their positions on Texas's discovery motion to the Court in an expedited fashion.

Accordingly, **IT IS ORDERED** that Texas's Partially Opposed Motion to Expedite Consideration of Motion to Conduct Expedited Discovery, (Dkt. 21), is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the United States shall file a response to Texas's Motion to Conduct Expedited Discovery, (Dkt. 20), no later than **12:00 p.m. on September 22, 2021**.

**IT IS FINALLY ORDERED** that the Court sets a videoconference on Texas's Motion to Conduct Expedited Discovery, (Dkt. 20), for **September 22, 2021 at 3:00 p.m.** Details on accessing the conference will follow separately.

**SIGNED** on September 21, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE