AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-796-RP |
| State of Texas | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 09/22/2021

/s/ Adele M. El-Khouri
*Attorney's signature*

Adele M. El-Khouri (DC Bar No. 1025090)
*Printed name and bar number*
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

adele.el-khouri@usdoj.gov
*E-mail address*

(202) 514-7830
*Telephone number*

*FAX number*

Print   Save As...   Reset

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 22, 2021, and that all counsel of record were served by CM/ECF.

**/s/ Adele M. El-Khouri**