# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| United States Of America | § |
| | §   CIVIL NO: |
| vs. | §   AU:21-CV-00796-RP |
| | § |
| State of Texas | § |

## ORDER CANCELLING MOTIONS HEARING BY VIDEO

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MOTIONS HEARING BY VIDEO on Wednesday, September 22, 2021 at 03:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE