UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **The State of Texas**,  Defendant. | Case No. 1:21-cv-00796-RP |

## MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO INTERVENE

Proposed intervenors Erick Graham, Jeff Tuley, and Mistie Sharp respectfully move for expedited consideration of their motion to intervene. In support thereof, the proposed intervenors state as follows:

1. The proposed intervenors filed their motion to intervene as of right and, alternatively, for permissive intervention, on September 22, 2021.

2. The State's opposition to the United States' motion for preliminary injunction is due on Wednesday, September 29, 2021. The Court has set a preliminary-injunction hearing for Friday, October 1, 2021. It also appears that the parties are engaging in limited, expedited discovery before the preliminary-injunction hearing.

3. As set forth in the motion to intervene, the proposed intervenors seek intervention to protect their interest in filing civil-enforcement lawsuits under the Texas Heartbeat Act that clearly do not implicate constitutionally protected activity.

4. As also set forth in the motion to intervene, the proposed intervenors will not be adequately represented by the State of Texas in protecting this interest because the

State has no enforcement capability under the Heartbeat Law. The proposed intervenors also intend to present arguments, evidence, and testimony at the preliminary-injunction hearing that the State will not present.

5. The proposed intervenors therefore respectfully request a ruling on their motion as soon as possible to allow them the opportunity to prepare for and meaningfully participate in the preliminary-injunction proceedings to protect their interests, as well as participate in the limited expedited discovery.

6. Texas is unopposed to this request and to the motion to intervene. The United States has stated that it will not file its response to the motion to intervene until Tuesday, September 28, at noon. That is less than 24 hours before the preliminary-injunction opposition briefs are due, and less than three days before the preliminary-injunction hearing is set to begin. That timetable will not permit meaningful participation by the proposed intervenors to adequately present their interests and offer evidence and testimony that will not be presented by any other party.

7. The proposed intervenors respectfully ask the Court to instruct the United States to response to the motion to intervene by Saturday, September 25, 2021, at 05:00 P.M. central time. The proposed intervenors would then file their reply by Sunday, September 26, 2021, at 5:00 P.M. central time. The proposed intervenors also respectfully ask rule on the motion to intervene by the end of the day Monday, September 27, 2021, so that they can (if the motion is granted) participate in limited expedited discovery before the hearing date of October 1, 2021.

## CONCLUSION

The motion for expedited consideration of the motion to intervene should be granted.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Jonathan F. Mitchell |
| Heather Gebelin Hacker | Jonathan F. Mitchell |
| Texas Bar No. 24103325 | Texas Bar No. 24075463 |
| Andrew B. Stephens | Mitchell Law PLLC |
| Texas Bar No. 24079396 | 111 Congress Avenue, Suite 400 |
| Hacker Stephens LLP | Austin, Texas 78701 |
| 108 Wild Basin Road South, Suite 250 | (512) 686-3940 (phone) |
| Austin, Texas 78746 | (512) 686-3941 (fax) |
| (512) 399-3022 (phone) | jonathan@mitchell.law |
| heather@hackerstephens.com |  |
| andrew@hackerstephens.com | Gene P. Hamilton* |
|  | Virginia Bar No. 80434 |
|  | Vice-President and General Counsel |
|  | America First Legal Foundation |
|  | 300 Independence Avenue SE |
|  | Washington, DC 20003 |
|  | (202) 964-3721 |
|  | gene.hamilton@aflegal.org |
|  |  |
|  | * *pro hac vice* application pending |
|  |  |
|  | *Counsel for Movants Erick Graham,* |
| Dated: September 23, 2021 | *Jeff Tuley, and Mistie Sharp* |

## CERTIFICATE OF CONFERENCE

I certify that on September 23, 2021, I conferred with counsel for the parties on the relief requested in this motion. The State of Texas is unopposed. Lisa Newman, counsel for the United States, stated that the United States will file a response to the intervention motion by Tuesday, September 29, at noon, which is less than 24 hours before the preliminary-injunction opposition is due. Ms. Newman also stated that "we don't consent to the requested participation by non-parties."

                                             /s/ Jonathan F. Mitchell  
                                             JONATHAN F. MITCHELL  
                                             *Counsel for Movants Erick Graham,*  
                                             *Jeff Tuley, and Mistie Sharp*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2021, I served this document through CM/ECF upon all counsel of record in this case.

                                             /s/ Jonathan F. Mitchell  
                                             JONATHAN F. MITCHELL  
                                             *Counsel for Movants Erick Graham,*  
                                             *Jeff Tuley, and Mistie Sharp*