IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 1:21-CV-796-RP |
| THE STATE OF TEXAS, | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Opposed Motion to Expedite Consideration of Motion to Intervene, (Dkt. 28), by Erick Graham, Mistie Sharp, and Jeff Tuley ("Movants"). (Dkt. 30). Movants state that the United States has agreed to file its response on an expedited timeline, no later than Tuesday, September 28, at 12:00p.m. (*Id.* at 2). Upon the filing of the United States' expedited response, the Court will promptly rule on the underlying motion, including on the issue of participation in the hearing scheduled for October 1, 2021, and issue its ruling before the scheduled hearing. (*See* Dkt. 12). In the meantime, the Court assumes and expects Movants, who have stated their desire to participate in the hearing, to prepare for their participation in the hearing in the event their request is granted.

Accordingly, **IT IS ORDERED** that Movants' Opposed Motion to Expedite Consideration of Motion to Intervene, (Dkt. 30), is **GRANTED IN PART**. **IT IS FURTHER ORDERED** that the United States shall file its response no later than **September 28, 2021, at 12:00p.m.**

**SIGNED** on September 24, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE