UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:21-cv-00796-RP |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO WITHDRAW
## TEXAS'S MOTION TO CONDUCT EXPEDITED DISCOVERY

The parties met and conferred concerning discovery on Friday, September 18, 2021. Following the meet and confer on September 18, 2021, the United States agreed to produce the documents relied upon or referenced by their declarants but opposed any depositions of their seven declarants. Based on that opposition, the State of Texas filed its *Motion to Conduct Expedited Discovery* on Monday, September 20, 2021. ECF 20. The Court set a hearing on the motion for Wednesday, September 22, 2021, at 3:00 p.m., and required the United States to file a response to State's motion by 12:00 CST on September 22, 2021.

After receiving the United States's response, counsel for the State of Texas again reached out to confirm the United States's position on depositions, and after fruitful exchanges, the parties were able to reach an agreement to conduct depositions in advance of next week's hearing. Because the parties have reached an agreement on conducting depositions in advance of next week's hearing, the State of Texas respectfully moves to withdraw the *Motion to Conduct Expedited Discovery*.

### CONCLUSION

Based on the foregoing, the Court should grant the relief requested herein.

1

| | |
|---|---|
| **Date:** September 24, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | BETH KLUSMANN<br>Assistant Solicitor General<br>Tex. State Bar No. 24036918 |
| | NATALIE D. THOMPSON<br>Assistant Solicitor General<br>Tex. State Bar No. 24088529 |
| | ERIC A. HUDSON<br>Senior Special Counsel<br>Tex. State Bar No. 24059907 |
| | */s/ Leif A. Olson*<br>LEIF A. OLSON<br>Special Counsel<br>Tex. State Bar No. 24032801 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>will.thompson@oag.texas.gov<br>beth.klusman@oag.texas.gov<br>natalie.thompson@oag.texas.gov<br>eric.hudson@oag.texas.gov<br>leif.olson@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT** |

**CERTIFICATE OF CONFERENCE**

I certify that on Wednesday, September 22, 2021, counsel for the State of Texas conferred via electronic mail with counsel for the plaintiff. Counsel for the plaintiff indicated that they do not oppose the relief requested through this motion.

/s/ Leif A. Olson

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 24, 2021, and that all counsel of record were served by CM/ECF.

/s/ Leif A. Olson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> THE STATE OF TEXAS, § <br> § <br> *Defendant.* § | Case No. 1:21-cv-00796-RP |

**ORDER PERMITTING WITHDRAW OF TEXAS'S MOTION TO CONDUCT EXPEDITED DISCOVERY**

Upon consideration of Texas's *Motion to Withdraw Texas's Motion to Conduct Expedited Discovery*, and the representations made in support thereof, the Court finds as follows:

Good cause exists to permit Texas's request to withdraw its motion, and therefore, it is

ORDERED, ADJUDGED, and DECREED, that Texas's motion is GRANTED.

Signed on September ____, 2021, at Austin, Texas.

_____
Robert Pitman
United States District Judge