IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 1:21-cv-796-RP |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § § | |

## UNITED STATES' RESPONSE TO MOTIONS TO INTERVENE

The United States hereby responds to the Motion to Intervene by Erick Graham, Jeff Tuley, and Mistie Sharp, filed September 22, 2021 (Dkt. 28), and the Motion to Intervene by Oscar Stilley, filed September 24, 2021 (Dkt. 31). Messrs. Graham and Tuley and Ms. Sharp seek to intervene as defendants of right under Federal Rule of Civil Procedure 24(a) or, in the alternative, permissively under Federal Rule of Civil Procedure 24(b). *See* Dkt. 28 at 1. In reliance on their same legal analysis, Mr. Stilley also seeks to intervene as a defendant of right. Dkt. 31 at 2 ¶ 7.

The United States opposes intervention as-of-right under Rule 24(a) because movants have not satisfied their burden to demonstrate that the State of Texas cannot adequately defend their interests in this case. The United States takes no position on permissive intervention under Rule 24(b).

Dated: September 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHAEL H. BAER
ADELE M. EL-KHOURI
Counsel to the Acting Assistant Attorney
General, Civil Division

1

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ James Powers*
Lisa Newman (TX Bar No. 24107878)
James R. Powers (TX Bar No. 24092989)
Joshua M. Kolsky
Kuntal Cholera
Christopher D. Dodge
Cody T. Knapp
Olivia Hussey Scott
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-0543
James.r.powers@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served on Texas and its counsel of record through electronic filing in the Court's ECF system.

*/s/ James Powers*
James R. Powers