# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | §   Civil No. 1:21-cv-796-RP |
| THE STATE OF TEXAS, | § |
| Defendant. | § |

## UNITED STATES' RESPONSE TO MOTION FOR IN-PERSON HEARING

The United States hereby responds to Texas's Motion for In-Person Hearing, filed September 27, 2021 (Dkt. 37). The United States continues to take no position on Texas's request to hold this Friday's preliminary injunction in person—a position it conveyed to the State via email at 10:15 a.m. CDT on Friday, September 24, 2021, in response to a 1:34 a.m. CDT email the State sent that morning. But in light of the arrangements the United States would need to make in the event the Court chooses to hold the hearing in person, the United States respectfully requests that the Court issue a decision on Texas's motion by this evening, September 28, 2021.

Dated: September 28, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHAEL H. BAER
ADELE M. EL-KHOURI
Counsel to the Acting Assistant Attorney
General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD

1

        Assistant Branch Director

        DANIEL SCHWEI
        Special Counsel

        */s/ James Powers*
        Lisa Newman (TX Bar No. 24107878)
        James R. Powers (TX Bar No. 24092989)
        Joshua M. Kolsky
        Kuntal Cholera
        Christopher D. Dodge
        Cody T. Knapp
        Olivia Hussey Scott
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 353-0543
        James.r.powers@usdoj.gov

        *Counsel for the United States*

## CERTIFICATE OF SERVICE

    I certify that a copy of this filing was served on Texas and its counsel of record through electronic filing in the Court's ECF system.

        */s/ James Powers*
        James R. Powers