**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

UNITED STATES OF AMERICA,                    §
                                             §
    *Plaintiff,*                           §
                                             §
v.                                           §        Case No. 1:21-cv-00796-RP
                                             §
THE STATE OF TEXAS,                          §
                                             §
    *Defendant.*                           §

**ORDER**

Now before the Court comes the State of Texas's Unopposed Motion for Leave to Exceed Page Limits filed September 29, 2021, regarding its combined Response to Plaintiff's Motion for Preliminary Injunction, Motion to Dismiss, and Alternative Motion for a Stay Pending Appeal. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Texas's Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED, and that Texas may file a Response that does not exceed 57 pages.

DATE: _____

                                        _____

                                        ROBERT PITMAN
                                        UNITED STATES DISTRICT JUDGE