THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____
|                                   | § |
| UNITED STATES OF AMERICA,         | § |
|                                   | § |
|              Plaintiff,           | § |
| v.                                | § |
|                                   | § Civil No. 1:21-cv-796 |
| THE STATE OF TEXAS,               | § |
|                                   | § |
|              Defendant.           | § |

**PROPOSED ORDER**

Upon consideration of the United States' Motion to Exceed Page Limitations and for good cause shown, it is hereby

**ORDERED** that the United States' motion is granted.

The United States' over-length reply brief shall be filed on the docket.

**SO ORDERED**.

Dated: _____

                                                _____
                                                ROBERT PITMAN
                                                UNITED STATES DISTRICT JUDGE