UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **United States of America,**<br><br>                    Plaintiff,<br><br>v.<br><br>**The State of Texas**,<br><br>                    Defendant. | Case No. 1:21-cv-00796-RP |

### INTERVENOR-DEFENDANTS' PRELIMINARY-INJUNCTION HEARING EXHIBITS

Intervenor-Defendants Erick Graham, Jeff Tuley, and Mistie Sharp ("Intervenors") hereby submit the following exhibits Intervenors expect to offer at the preliminary-injunction hearing to be held on October 1, 2021 (except those to be used for impeachment only). Intervenors have not been a party to any agreement between the United States and the State of Texas concerning the presentation of witness testimony or exhibits at the preliminary-injunction hearing, and Intervenors have not received instructions from the Court regarding disclosure or submission of witness testimony or exhibits prior to or at the hearing. Accordingly, and without waiving any objections to the declarations and evidence offered by the United States, Intervenors submit the following exhibits in opposition to the United States' motion for preliminary injunction. Copies of the exhibits are attached hereto as Exhibit A.

| Int. Def. Exh. No. | Offered | Admitted | Description of Exhibit |
|---|---|---|---|
| 1 | | | Centers for Disease Control and Prevention Abortion Surveillance System FAQs |

| Int. Def. Exh. No. | Offered | Admitted | Description of Exhibit |
|---|---|---|---|
| 2 | | | Centers for Disease Control and Prevention Abortion Surveillance – United States, 2018 |
| 3 | | | The U.S. Abortion Rate Continues to Drop: Once Again, State Abortion Restrictions Are Not the Main Driver |
| 4 | | | New Clarity for the U.S. Abortion Debate: A Steep Drop in Unintended Pregnancy Is Driving Recent Abortion Declines |
| 5 | | | Planned Parenthood Center for Choice – About This Health Center |
| 6 | | | Planned Parenthood Greater Texas – About This Health Center |
| 7 | | | Texas Health & Human Services Commission Induced Terminations of Pregnancy – Summary of Tables |
| 8 | | | Texas Health & Human Services Commission, Selected Characteristics of Induced Terminations of Pregnancy Calendar Year 2021 |
| 9 | | | Texas Health & Human Services Commission, Selected Characteristics of Induced Terminations of Pregnancy Calendar Year 2020 |
| 10 | | | Texas Health & Human Services Commission, Selected Characteristics of Induced Terminations of Pregnancy Calendar Year 2019 |
| 11 | | | Texas Health & Human Services Commission, Selected Characteristics of Induced Terminations of Pregnancy Calendar Year 2018 |
| 12 | | | Texas Health & Human Services Commission, Selected Characteristics of Induced Terminations of Pregnancy Calendar Year 2017 |
| 13 | | | Abortion Statistics England and Wales 2019 |
| 14 | | | CV Monique Chireau, M.D. |
| 15 | | | Declaration of Monique Chireau, M.D. |
| 16 | | | Declaration of Emily Cook |

| Int. Def. Exh. No. | Offered | Admitted | Description of Exhibit |
|---|---|---|---|
| 17 | | | Declaration of Rachel Lane |
| 18 | | | Notice of Subpoenas and Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action |
| 19 | | | Email Correspondence with counsel for United States re Preliminary-Injunction Hearing and Cross-Examination of Abortion-Provider Declarants |
| 20 | | | Affidavits of Due Diligence Notice of Subpoenas and Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action |

Respectfully submitted.

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Gene P. Hamilton*
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*admitted pro hac vice

/s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
Hacker Stephens LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
heather@hackerstephens.com
andrew@hackerstephens.com

Dated: October 1, 2021

*Counsel for Intervenors Erick Graham, Jeff Tuley, and Mistie Sharp*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, I served this document through CM/ECF upon all counsel of record in this case.

    /s/ Andrew B. Stephens
Andrew B. Stephens
*Counsel for Intervenors Erick Graham,*
*Jeff Tuley, and Mistie Sharp*