RECEIVED
October 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
                DEPUTY

Case 1:21-cv-00796-RP   Document 63   Filed 10/04/21   Page 1 of 3

FILED
October 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
                DEPUTY

## IN THE U.S. FEDERAL DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| USA | 21-cv-796 |
|---|---|
| v | Honorable Judge Robert Pitman |
| TEXAS | Related Case: 1:21-cv-00616-RP<br>Cause:     28:1345 USA Plaintiff |

### GOMEZ MOTION TO BE ALLOWED TO E-FILE

NOW COMES PROPOSED INTERVENOR State Court Plaintiff Felipe Gomez, plaintiff in the first S.B. 8 suit, *Gomez v Braid 21CH19920, Bexar Co., Texas et al*, and respectfully moves this Court for leave to e-file into this matter, the appropriate form attached hereto.

Submitted By: s/Felipe N. Gomez, Pro Se    10.4.21

### CERTIFICATE OF SERVICE

I hereby certify that on 10.4.21 a true and correct copy of the foregoing has been served by the Notice of Electronic Filing, and was electronically filed with the Clerk of the Court via the CM/ECF system, which generates a notice of filing to all those appearing.

/s/ _Felipe N. Gomez 10.4.21_____

Felipe Gomez, Pro Se
PO Box 669
Forest Park, IL 60148
312.509.2071
fgomez9592@gmail.com

**ATTACHMENT**

**E-File Form**



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### E-FILING AND E-NOTICING REGISTRATION FORM

**Requirements:** Individuals seeking to file documents electronically must be (1) admitted to practice in the United States District Court for the Western District of Texas and be a member in good standing with the Court pursuant to Local Court Rule AT-1, (2) admitted pro hac vice, (3) authorized to represent the United States of America, or (4) proceeding as a non-prisoner pro se litigant, with approval by the Court.

**Instructions:** Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Western District of Texas. Complete the form on-line, sign it, save it and e-mail the form to the e-mail address listed at the bottom of this form. **After verification, you will receive an e-mail confirming receipt of your application. Your login and password will be e-mailed to you at a later date. If your e-mail address changes, you must contact the court or you will be unable to e-file.** <u>An e-mail address is required in order to E-file and receive E-notices</u>. NOTE: **DO NOT** use this form to submit an address change to the court. If your address has changed, you must contact the court directly per Local Court Rule AT-9. Please provide the court with up to two (2) courtesy e-mail addresses. These individuals will receive courtesy copies of the notices you receive.

(Please type your full name, including generation; e.g. Sr., Jr., II, III, etc.)

- First Name: Felipe
- Middle Name: N
- Last Name: Gomez
- Generation:

- E-Mail: fgomez9592@gmail.com
- Telephone: 312.509.2071

- Courtesy Email #1:
- Courtesy Email #2:

- Firm: Pro Se
- Address: po Box 669
- City: Forest Park
- State: IL
- Zip Code: 60148
- Last 4 SSN: 4730

Are you admitted to the bar of the Western District of Texas and a member in good standing or an attorney otherwise authorized to represent the United States?   Yes: ☐   No: ☒

Are you a non-prisoner pro se litigant?   Yes: ☒   No: ☐

**NOTE: Non-prisoner pro se litigants must motion the Court for approval to become an Electronic Filing User. The Order granting your motion must accompany this registration form in order for your registration to be processed.**

- State Bar Card No: N/A
- State: n/a

**If admitted *pro hac vice*, please complete. Not required if previously admitted PHV with active CM/ECF Account.**

- Date motion granted: n/a
- In case number: n/a

By submitting this form, I agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies, and procedures. I further consent to allow the court to provide e-mail notifications on my behalf to all parties registered with the ECF System in lieu of providing certificate of service per Local Court Rule CV-5 and CR-49. I understand that the combination of user id and password will serve as the signature of the filing user filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore, as a **filing** user, I agree to protect the security of my password and immediately notify the Court if I suspect my password has been compromised.

I already have an ECF login that I use at another Court, which is fgome2071. Please assign the same login, if possible. **(Important Note: This login cannot be your current PACER login.)**

- Signature of Registrant: s/Felipe N Gomez, Pro Se
- Date Signed: 10.1.21

Please submit the completed registration form to the following email address:
txwd_ecf_help@txwd.uscourts.gov