IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              Case No. 1:21-cv-796 RP

STATE OF TEXAS                                                                          DEFENDANT

### INTERVENOR OSCAR STILLEY'S MOTION FOR CM/ECF FILING PRIVILEGES

Comes now Intervenor Oscar Stilley, (Stilley) and for his motion for filing privileges under CM/ECF, (Case Management/Electronic Case Filing) and states:

1. Up to the present time, Stilley has been following this case via www.courtlistener.com. Stilley never has to wait long for some inky wretch to pay good money for the pleading, whereupon Stilley downloads it for free, thus getting *de facto* service of court filings.

2. Stilley currently submits his pleadings through the court clerk's electronic mailbox for pro se filers, a delightful convenience for which he is most grateful.

3. Prior to incarceration on federal tax charges approximately 11 ½ years ago, Stilley had and routinely used CM/ECF privileges in a number of different federal courts.

4. Stilley currently has and uses CM/ECF filing privileges in the Northern District of Oklahoma, (OKND) where his is attacking his federal conviction and sentence in *United States v. Lindsey Kent Springer and Oscar Stilley*, OKND 4:09-cr-43 SPF.

5. CM/ECF filing privileges for Stilley will reduce work, complication, and expense for the clerk and other parties to this proceeding.

6. Stilley has reviewed the E-filing and E-noticing Registration Form, which must be sent to txwd_ecf_help@txwd.uscourts.gov, along with the Court's order approving CM/ECF access.

7.      Stilley on the form checked the box saying that he is a "non-prisoner pro se litigant." What Stilley means by these words is that he is not behind tall double fences topped with coils of razor wire, with guards patrolling the perimeter, or (perish the thought) in a USP (US Penitentiary) with gun towers and electric fences.

8.      Stilley is on "home confinement" which means that he is in the "official custody" of Plaintiff United States, but nevertheless has access to computers and the internet.

9.      Also, Stilley's CM/ECF login ID, in the Northern District of Oklahoma, is the same as his PACER account ID, with which he spends money on interesting legal filings he can't get for free. Stilley hopes to work with court personnel to attempt to make this same username work in the Western District of Texas, for CM/ECF purposes.

WHEREFORE, Stilley respectfully requests that the Court grant CM/ECF case filing privileges; and for such other and further relief as may be appropriate whether or not specifically requested. Respectfully submitted.

By: /s/ Oscar Stilley            October 5, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF CONFERENCE

Stilley on October 2, 2021 received an email from Ms. Lisa Newman stating that the United States does not object to the requested relief. On October 4, 2021, Natalie Thompson stated that the State of Texas had no objection. Also on October 4, 2021, Heather Hacker stated

on behalf of the Graham Intervenors that to the extent their position was required, they had no objections.

CERTIFICATE OF SERVICE

Oscar Stilley by his signature above certifies that he has caused this pleading to be served on all parties entitled to service, via CM/ECF, upon filing by the clerk.