# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
|     *Plaintiff*, | § |
| v. | §    Case No. 1:21-cv-00796-RP |
| THE STATE OF TEXAS, | § |
|     *Defendant*. | § |

## TEXAS'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Defendant the State of Texas gives this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the order granting the plaintiff's motion for a preliminary injunction entered in this case on October 6, 2021. *See* ECF 68. This appeal is related to the pending appeal in *Whole Woman's Health v. Jackson*, No. 21-50792 (5th Cir.).

| | |
|---|---|
| Date: October 6, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ William T. Thompson*<br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | BETH E. KLUSMANN<br>Assistant Solicitor General<br>Tex. State Bar No. 24036918 |
| | NATALIE D. THOMPSON<br>Assistant Solicitor General<br>Tex. State Bar No. 24088529 |
| | ERIC A. HUDSON<br>Senior Special Counsel<br>Tex. State Bar No. |
| | LEIF A. OLSON<br>Special Counsel<br>Tex. State Bar No. 24032801 |
| | BENJAMIN S. WALTON<br>Assistant Attorney General<br>Tex. State Bar No. 24075241 |
| | AMY S. HILTON<br>Assistant Attorney General<br>Tex. State Bar No. 24097834 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>beth.klusmann@oag.texas.gov<br>natalie.thompson@oag.texas.gov<br>eric.hudson@oag.texas.gov<br>leif.olson@oag.texas.gov<br>benjamin.walton@oag.texas.gov<br>amy.hilton@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 6, 2021, and that all counsel of record were served by CM/ECF. I further certify that a true and accurate copy of the foregoing document will be emailed to *pro se* Intervenor Oscar Stilley at oscarstilley@gmail.com.

                                        */s/ William T. Thompson*
                                        WILLIAM T. THOMPSON