UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**The State of Texas,**<br><br>Defendant. | Case No. 1:21-cv-00796-RP |

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Intervenor-Defendants Erick Graham, Jeff Tuley, and Mistie Sharp hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order issued October 6, 2021 (ECF No. 68). This appeal is related to the pending appeal in *Whole Woman's Health v. Jackson*, No. 21-50792 (5th Cir.).

Respectfully submitted.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
Texas Bar No. 24103325
Andrew B. Stephens
Texas Bar No. 24079396
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
heather@hackerstephens.com
andrew@hackerstephens.com

Dated: October 6, 2021

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Gene P. Hamilton*
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Admitted pro hac vice

*Counsel for Intervenor-Defendants Erick Graham, Jeff Tuley, and Mistie Sharp*

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2021, I served this document through CM/ECF upon all counsel of record in this case, and served this document via email to Intervenor Oscar Stilley at oscarstilley@gmail.com.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
*Counsel for Intervenor-Defendants Erick Graham, Jeff Tuley, and Mistie Sharp*