# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:21-cv-00796-RP |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S ADVISORY REGARDING COMPLIANCE WITH THE COURT'S PRELIMINARY INJUNCTION ORDER

Defendant the State of Texas has appealed this Court's order granting the motion for a preliminary injunction, but it is also making good-faith efforts to comply with the injunction. Defendant files this advisory in response to the Court's invitation to propose the "means of disseminating th[e] information" required by the injunction "for this Court's review and approval." ECF 68 at 110.

Defendant believes it has found a state agency that will be able to effectively disseminate the notices to state courts and court clerks required by the preliminary injunction and is working out the details of how to ensure this is done properly. Defendant is finalizing the plan with the relevant agency and anticipates updating the Court tomorrow with additional details.

Date: October 7, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for
Special Litigation

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

BETH E. KLUSMANN
Assistant Solicitor General
Tex. State Bar No. 24036918

NATALIE D. THOMPSON
Assistant Solicitor General
Tex. State Bar No. 24088529

*/S/ Eric A. Hudson*
ERIC A. HUDSON
Senior Special Counsel
Tex. State Bar No. 24059977

LEIF A. OLSON
Special Counsel
Tex. State Bar No. 24032801

BENJAMIN S. WALTON
Assistant Attorney General
Tex. State Bar No. 24075241

AMY S. HILTON
Assistant Attorney General
Tex. State Bar No. 24097834

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
will.thompson@oag.texas.gov
beth.klusmann@oag.texas.gov
natalie.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
leif.olson@oag.texas.gov
benjamin.walton@oag.texas.gov
amy.hilton@oag.texas.gov
**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 7, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Eric A. Hudson*
ERIC A. HUDSON