# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-50949

---

United States of America,

                        *Plaintiff—Appellee*,

versus

State of Texas,

                        *Defendant—Appellant*,

Erick Graham; Jeff Tuley; Mistie Sharp,

                        *Intervenor Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-796

---

Before Stewart, Haynes, and Ho, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Intervenors' emergency motion to stay the preliminary injunction pending appeal is temporarily held in abeyance pending further order by this motions panel. Appellee is directed to respond to the emergency motion by 5 pm on Tuesday, October 12, 2021.

    IT IS ORDERED that Intervenors' motion for a temporary administrative stay pending the court's consideration of the emergency motion is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50949   USA v. State of Texas
                    USDC No. 1:21-CV-796

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary C. Stewart, Deputy Clerk
                            504-310-7694

Ms. Jeannette Clack
Ms. Kyle T. Edwards
Mr. Mark Reiling Freeman
Ms. Heather Gebelin Hacker
Ms. Sarah Elaine Harrington
Amy Snow Hilton
Ms. Beth Ellen Klusmann
Mr. Jonathan F. Mitchell
Mr. Brian David Netter
Mr. Leif A. Olson
Mr. James Ryan Powers
Mr. Michael S. Raab
Mr. Judd Edward Stone II
Ms. Natalie Deyo Thompson
Mr. William Thomas Thompson
Mr. Benjamin Walton
Mr. Daniel Winik