UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff*, § § v. § § THE STATE OF TEXAS, § § *Defendant,* § § ERICK GRAHAM, *et al.*, § § *Defendant-Intervenors,* § and § § OSCAR STILLEY, § § *Defendant-Intervenor*. § | Case No. 1:21-cv-00796-RP |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND ITS ANSWER DEADLINE**

The State of Texas's current deadline to file a responsive pleading is October 20, 2021. *See* Fed. R. Civ. P. 12(a)(4)(A). In light of appellate proceedings, Texas respectfully requests that the Court extend that deadline. An extension would promote judicial economy and preserve party resources without causing any unnecessary delay.

The federal government has represented that it intends to file a motion to stay proceedings in this Court. In light of that forthcoming motion, Texas moves the Court to extend its answer deadline until fourteen days after the Court either (1) denies the federal government's stay motion or (2) lifts any stay of proceedings in this Court.

The federal government does not oppose this motion, nor do Intervenor-Defendants Graham, Tuley, Sharp, and Stilley.

| | |
|---|---|
| Date: October 15, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ William T. Thompson*<br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |

BETH KLUSMANN
Assistant Solicitor General
Tex. State Bar No. 24036918

NATALIE D. THOMPSON
Assistant Solicitor General
Tex. State Bar No. 24088529

ERIC A. HUDSON
Senior Special Counsel
Tex. State Bar No. 24059907

LEIF A. OLSON
Special Counsel
Tex. State Bar No. 24032801

BENJAMIN S. WALTON
Assistant Attorney General
Tex. State Bar No. 24075241

AMY S. HILTON
Assistant Attorney General
Tex. State Bar No. 24097834

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
will.thompson@oag.texas.gov
beth.klusman@oag.texas.gov
natalie.thompson@oag.texas.gov
eric.hudson@oag.texas.gov
leif.olson@oag.texas.gov
benjamin.walton@oag.texas.gov
amy.hilton@oag.texas.gov

**COUNSEL FOR DEFENDANT**

2

### CERTIFICATE OF CONFERENCE

I certify that between Wednesday, October 13, and Friday, October 15, 2021, I conferred with counsel for the federal government and counsel for the intervenor-defendants, who informed me that their clients do not oppose this motion.

/s/ William T. Thompson
WILLIAM T. THOMPSON

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 15, 2021, and that all counsel of record were served by CM/ECF. I further certify that a true and accurate copy of the foregoing document will be emailed to *pro se* Intervenor Oscar Stilley at oscarstilley@gmail.com.

/s/ William T. Thompson
WILLIAM T. THOMPSON