UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:21-cv-00796-RP |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING EXTENSION OF TIME**

The Court GRANTS the State of Texas's Unopposed Motion to Extend its Answer Deadline. The State of Texas's new deadline is fourteen days after the Court either denies the federal government's motion to stay district court proceedings or lifts a stay on district court proceedings.

Signed on October ____, 2021, at Austin, Texas.

_____
Robert Pitman
United States District Judge