# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No.  1:21-cv-796-RP |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § | |

## AMENDED CERTIFICATE OF SERVICE

I certify that on October 18, 2021, I electronically filed the United States' Opposition to Felipe Gomez's Motion to Intervene using the Court's CM/ECF system which sent notification of the electronic filing to all parties in the litigation.  The following day, on October 19, 2021, I caused a copy of the filing to be mailed to Mr. Gomez, via regular U.S. mail, postage pre-paid, at the following address:

Felipe Gomez
PO Box 669
Forest Park, IL 60148

Dated: October 20, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHAEL H. BAER
ADELE M. EL-KHOURI
Counsel to the Acting Assistant Attorney
General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Olivia Hussey Scott*
Lisa Newman (TX Bar No. 24107878)
James R. Powers (TX Bar No. 24092989)
Joshua M. Kolsky
Kuntal Cholera
Christopher D. Dodge
Cody T. Knapp
Olivia Hussey Scott
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8495
Olivia.Hussey.Scott@usdoj.gov

*Counsel for the United States*

# CERTIFICATE OF SERVICE

I certify that on October 20, 2021, I electronically filed the foregoing Amended Certificate of Service using the Court's CM/ECF system which sent notification of the electronic filing to all parties in the litigation. Thereafter, I caused a filed copy of the foregoing document to be mailed to Mr. Gomez, via regular U.S. mail, postage pre-paid, at the following address:

Felipe Gomez
PO Box 669
Forest Park, IL 60148

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott