RECEIVED
November 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA ) | |
| ) | |
| **Plaintiff,** ) | **FILED** |
| ) | November 15, 2021 |
| v. ) | No.: 1:21-cv-0796 |
| ) | CLERK, U.S. DISTRICT COURT |
| **Texas, et al** ) | WESTERN DISTRICT OF TEXAS |
| ) | BY:_____JMV_____ |
| ) | DEPUTY |
| ) | Hon. Judge Pittman |
| ) | |
| **Defendants/Intervenors/Movant** ) | |

### F. GOMEZ RESPONSE IN CONCURRENCE WITH USA MOTION FOR STAY [84]

NOW COMES UNDERSIGNED RESPONDING TO THE USA MOTION TO STAY [84], and states that Gomez has no objection to, and in fact supports, and joins, the USA Motion to Stay this matter, which, if granted, would moot the need to present and brief the extant motions or attend to the perceived needed housekeeping listed in the last Status Report [87], until and unless this matter is risen from the ashes by SCOTUS decision on the 11.1.21 hearing and motions pending there.

By: *s/ Felipe Gomez, PRO SE*   Date: 11.15.21

Felipe Gomez
fgomez9592@gmail.com
Chicago, IL 60657
312.509.2071

### NOTICE AND CERTIFICATE OF FILING AND SERVICE

I, FELIPE GOMEZ, PRO SE, HEREBY NOTIFY AND CERTIFY THAT I FILED THE FOREGOING RESPONSE WITH THE CLERK OF THE COURT THROUGH THE PRO SE DROP BOX, AND SERVED A COPY TO PLAINTIFF AND DEFENDANT C/O COUNSEL THOMPSON AND NEWMAN, BY EMAIL TO THE EMAILS LISTED FOR EACH IN THE DOCKET.

CERTIFIED BY: S/ *FELIPE GOMEZ*,   DATE: **11.15.21**

FELIPE GOMEZ PRO SE
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM