RECEIVED
November 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff, | ) | **FILED** |
| | ) | November 15, 2021 |
| v. | ) No.: 1:21-cv-0796 | CLERK, U.S. DISTRICT COURT |
| | ) | WESTERN DISTRICT OF TEXAS |
| Texas | ) | BY:_____JMV_____ |
| | ) | DEPUTY |
| | ) | |
| Defendant | ) | |

**F. GOMEZ STATUS REPORT ON OUTSTANDING ITEMS OF RECORD AND UNCERTAINTY AS TO 10.18.21 TEXT ORDER GRANTING [79]**

NOW COMES UNDERSIGNED REPORTING:

1. Gomez is unclear as to the import of the 10.18.21 Text Order granting the Texas Motion for Time to Answer [79], in view of the fact it appears this matter itself has not been stayed as a matter of record, albeit the TRO was, unless that is not the case.

2. Concomitantly, Gomez reports that the following items of record appear to be "open" and in need of "housekeeping", including a decision on intervention of undersigned:

   A. [85] 10.25.21 Gomez Motion for Time to Reply to USA Response [81]
   B. [84] 10.25.21 USA Motion to Stay 21cv796 Pending SCOTUS Decision
   C. 10.18.21 Text Order Re Gomez E-Filing Request [63] (Email Not Received)
   D. [79] 10.15.21 Texas Motion for Time to Answer
   E. [62] 10.04.21 Gomez Motion to Intervene

By: s/ Felipe Gomez, PRO SE    Date: 11.15.21

Felipe Gomez
fgomez9592@gmail.com
Chicago, IL 60657
312.509.2071

NOTICE AND CERTIFICATE OF FILING AND SERVICE

I, FELIPE GOMEZ, PRO SE, HEREBY NOTIFY AND CERTIFY THAT I FILED THE FOREGOING STATUS REPORT WITH THE CLERK OF THE COURT THROUGH THE PRO SE DROP BOX, AND SERVED A COPY TO PLAINTIFF AND DEFENDANT C/O COUNSEL THOMPSON AND NEWMAN, BY EMAIL TO THE EMAILS LISTED FOR EACH IN THE DOCKET.

CERTIFIED BY: S/ *Felipe Gomez,*   DATE: **11.15.21**

FELIPE GOMEZ PRO SE
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM