[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Western District of Texas
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title:  USA V TEXAS et al

Case Number:  21cv796

An appearance is hereby filed by the undersigned as a pro se litigant:

Name:  Felipe N Gomez, Pro Se

Street Address:  1922 W. Belmont Ave 1F

City/State/Zip:  Chicago

Phone Number:  3125092071

s/ Felipe N. Gomez, Pro Se
Signature

11.30.21
on (date)    Executed

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✔] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

fgomez9592@gmail.com
**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]