IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:21-cv-0796 |
| | ) | |
| Texas, et al | ) | Hon. Judge Pittman |
| | ) | |
| Defendants/Intervenors/Movant | ) | |

**Felipe Gomez Notice of Dismissal of Gomez v Braid 21CI19920 and Notice of Withdrawal of All Motions in 21cv796 [62, 63, 72, 85]**

NOW COMES FELIPE GOMEZ, Movant, and hereby notifies on 12.8.21 he dismissed *Gomez v Braid, 21CI19920, Bexar Co., Tx.*, (termination order pending, per TRCP 106, which mirrors the FRCP 42, making the notice of dismissal the operative document, See Att. A), in large part due to SCOTUS indicating *Roe* will be altered, and the likelihood that Justice Roberts will leave the cut off at 15 weeks, rendering SB8 illegal at 6 weeks.

That fact of life, with Justice Kavanaugh practically ruling for the majority from the bench, moots, for now, the need to try to preserve *Roe*, or to even try to get an (advisory) USCA7 finding, which *21cv5283 NDILL* could not do as an Interpleader, and Plaintiff steadfastly (and in fact bragging to his Honor Alonso about) stonewalling a Defendant he has sued, as that matter was based on 21CI19920, which is gone (Att. A.), as Gomez was the sole venue fixing Defendant there.

WHEREFORE, Gomez having no case in Texas, and having no interest or basis to intervene here, and 21cv5283 NDILL being without basis as to Gomez, withdraws and will not present or pursue any motions filed by Gomez in this matter 21cv796 **[62, 63, 72, 85]**, and Gomez is not seeking intervention or any other action as to SB8, at this time.

Submitted By: s/ *Felipe Gomez*, Pro Se    Date: **12.9.21**

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

## CERTIFICATE OF FILING AND SERVICE

The undersigned, certifies that he filed this Notice in the above case by the Drop Box for filing into the ECF system, and that all counsel of record in all cases were served by the ECF system.

    Certified By: s/ *Felipe Gomez*  Date: 12.09.21

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

## ATTACHMENT A

## PROOF OF FILING AND
## COPY OF NOTICE OF 12.8.21 NON-SUIT
## Gomez v Baird, 21CI19920

# Case # 2021CI19920 - Felipe N Gomez VS Alan Braid ET AL (224th,

## Envelope Information

**Envelope Id**
59822330

**Submitted Date**
12/8/2021 11:22 AM CST

**Submitted User Name**
fgomez9592@gmail.com

## Case Information

**Location**
Bexar County - 224th District Court

**Category**
Civil - Other Civil

**Case Type**
Other Civil

**Case Initiation Date**
9/20/2021

**Case #**
2021CI19920

**Assigned to Judge**
224th, District Court

## Party Information

## Filings

| Filing Code | Client Ref # | Filing Description |
|---|---|---|
| No Fee Documents | | Gomez Notice of Non-Suit Without Pre… |

### Filing Details

**Filing Type**
EFileAndServe

**Filing Code**
No Fee Documents

**Filing Description**
Gomez Notice of Non-Suit Without Prejudice

**Comments to Court**
No service was issued, no party appeared, and no substantive actions were taken, and there are no costs.

**Filing Status**
Under Review



## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Gomez.Notice.of.NonSuit.wo.Prej… 24.22 kB | Gomez.Notice.of.NonS… | Does not contain sensitive data | Original File |

## eService Details

| Status | Name | Firm | Served | Dat |
|---|---|---|---|---|
| Sent | Wolfgang P Hirczy de Mino | | ☑ | Not |
| Sent | Felipe N Gomez | Felipe N Gomez | ☑ | Not |
| Sent | Wolfgang P. Hirczy de Mino | | ☑ | Not |
| Sent | o stilley | Felipe N Gomez | ☑ | Not |
| Sent | Anne Swift | Felipe N Gomez | ☑ | Not |
| Sent | Anne Swift | Felipe N Gomez | ☑ | 12/ |

1     10 items per page     1 - 6 of 6 items

## Service Contacts

## Parties with No eService

## Fees

© 2021 Tyler Technologies

Version: 2020.0.4.9310

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

**Cause Number** 21CI19920

*Print court information exactly as it appears on your Petition.*

Felipe Gomez

v

Alan Braid, et al.

In the: *(check one)*:

Court Number _____

[x] District Court
[ ] County Court at Law
[ ] Justice Court (JP)

Bexar County, Texas

## Notice of Nonsuit without Prejudice  As to All Defendants

My name is _____Felipe N Gomez_____.
*Print your first, middle and last name.*
I am the Petitioner/Plaintiff in this case.

I am filing this Notice of Nonsuit without Prejudice because I no longer can or will prosecute this case against the Respondent/Defendant_Alan Baird, or any other listed defendant or interpleader defendant, at this time, because Dr. Braid sued Gomez in 21cv5283 instead of participating here, and Gomez is forced to dismiss in Texas to not be a Defendant in a bogus Interpleader, when Texas Judges are as competent as any other, and best suited, to deciding whether Gomez's lawsuit was valid.

The Respondent/Defendant has not filed any pleadings seeking affirmative relief.  Service has not issued, no party has appeared.

Respectfully submitted,

s/ Felipe N Gomez                                  12.8.21
*Your Signature*                                    *Date*

Felipe N Gomez                                     (312) 509-2071
*Your Printed Name*                                 *Phone*

1922 W Belmont Ave Chicago IL 60657
*Mailing Address*                                   *City*       *State*   *Zip*

fgomez9592@gmail.com
*Email Address*                                     *Fax Number (if available)*

## Certificate of Service

I certify that on this date a true copy of this *Notice of Nonsuit without Prejudice* was sent to each party who has answered or been served. If a party is represented by an attorney this *Notice of Nonsuit without Prejudice* was sent to the party's attorney. I further certify that this *Notice of Nonsuit without Prejudice* was sent: *(Check one.)*

[x] through the Electronic File Manager.
[ ] by Certified Mail, Return Receipt Requested.
[ ] by Fax, to Fax # (_____) _____-_____.
[ ] by Hand Delivery.

s Felipe N Gomez                                    12.8.21
*Your Signature*                                    *Date*