FILED
December 09, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____DM_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   No.: 1:21-cv-0796 |
| | ) |
| Texas, et al | )   Hon. Judge Pittman |
| | ) |
| Defendants/Intervenors/Movant | ) |

**Felipe Gomez Filing of Copy of File-Stamped Non-Suit and Proof of Dismissal of Gomez v Braid 21CI19920, in Support of Notice of Withdrawal of All Motions in 21cv796 [62, 63, 72, 85]**

NOW COMES FELIPE GOMEZ, no longer Movant, and hereby submits the attached file-stamped Non-Suit and Docket indicating the matter *Gomez v Braid, 21CI19920, Bexar Co., Tx.*, is closed, terminating Gomez's interest in this proceeding or seeking intervention from this Court, which Court Gomez applauds as a Taxpayer and Citizen, for its bravery, and thoroughness, in standing as a lone Ship in a storm, facing certain reversal of tide, but sailing ahead, darn the torpedoes.  Thank you Sir, for the effort past, and, maybe, future.

Submitted By: s/ *Felipe Gomez,* Pro Se    Date: **12.9.21**

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

CERTIFICATE OF FILING AND SERVICE

The undersigned, certifies that he filed this Notice in the above case by the Drop Box for filing into the ECF system, and that all counsel of record in all cases were served by the ECF system.

Certified By: s/ *Felipe Gomez* Date: 12.09.21

FELIPE GOMEZ
1922 W. BELMONT AVE 1F
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

**ATTACHMENT A**

**PROOF OF FILING AND
COPY OF NOTICE OF 12.8.21 NON-SUIT
Gomez v Baird, 21CI19920**

FILED
12/8/2021 11:22 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Barbara Segovia
Bexar County - 224th District Court

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

**Cause Number** 21CI19920

*Print court information exactly as it appears on your Petition.*

Felipe Gomez

v.

Alan Braid, et. al.

In the: *(check one)*:
- [x] District Court
- [ ] County Court at Law
- [ ] Justice Court (JP)

Bexar County, Texas

## Notice of Nonsuit without Prejudice As to All Defendants

My name is Felipe N Gomez.
*Print your first, middle and last name.*
I am the Petitioner/Plaintiff in this case.

I am filing this Notice of Nonsuit without Prejudice because I no longer can or will prosecute this case against the Respondent/Defendant Alan Baird, or any other listed defendant or interpleader defendant, at this time, because Dr. Braid sued Gomez in 21cv5283 instead of participating here, and Gomez is forced to dismiss in Texas to not be a Defendant in a bogus Interpleader, when Texas Judges are as competent as any other, and best suited, to deciding whether Gomez's lawsuit was valid.

The Respondent/Defendant has not filed any pleadings seeking affirmative relief. Service has not issued, no party has appeared.

Respectfully submitted,

s/ Felipe N Gomez                    12.8.21
*Your Signature*                     *Date*

Felipe N Gomez                       (312) 509-2071
*Your Printed Name*                  *Phone*

1922 W Belmont Ave Chicago IL 60657
*Mailing Address*                    *City*   *State*   *Zip*

fgomez9592@gmail.com
*Email Address*                      *Fax Number (if available)*

## Certificate of Service

I certify that on this date a true copy of this *Notice of Nonsuit without Prejudice* was sent to each party who has answered or been served. If a party is represented by an attorney this *Notice of Nonsuit without Prejudice* was sent to the party's attorney. I further certify that this *Notice of Nonsuit without Prejudice* was sent: *(Check one.)*

- [x] through the Electronic File Manager.
- [ ] by Certified Mail, Return Receipt Requested.
- [ ] by Fax, to Fax # (_____) _____-_____.
- [ ] by Hand Delivery.

s Felipe N Gomez                     12.8.21
*Your Signature*                     *Date*

PR-Non1-408 *Notice of Nonsuit without Prejudice* (Rev. 12-2016)                Page 1 of 1
© TexasLawHelp.org, *Texas Rules of Civil Procedure, Rule 162*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59822330
Status as of 12/9/2021 10:34 AM CST

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Associated Case Party: FelipeNGomez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Felipe NGomez | | fgomez9592@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Associated Case Party: Oscar Stilley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| o stilley | | oscarstilley@gmail.com | 12/8/2021 11:22:09 AM | SENT |

Associated Case Party: ALAN BRAID MD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anne Swift | | aswift@masseygail.com | 12/8/2021 11:22:09 AM | SENT |
| Anne Swift | | aswift@masseygail.com | 12/8/2021 11:22:09 AM | SENT |

### 224th District Court

### Case Summary

### Case No. 2021CI19920

| | | |
|---|---|---|
| **Felipe N Gomez VS Alan Braid ET AL** | § § § | Location: **224th District Court**<br>Judicial Officer: **224th, District Court**<br>Filed on: **09/20/2021** |

#### Case Information

Case Type: OTHER CIVIL CASES
Case Status: **12/08/2021** Disposed

**Statistical Closures**
12/08/2021  CASE CLOSED DISMISSED BY PLAINTIFF (OCA)

#### Assignment Information

**Current Case Assignment**
Case Number      2021CI19920
Court            224th District Court
Date Assigned    09/20/2021
Judicial Officer 224th, District Court

#### Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | Gomez, Felipe N | Pro Se |
| **Defendant** | Braid, Alan | |
| | BRAID MD, ALAN | |
| | De Mino, Wolfgang | |
| | De Mino, Wolfgang | |
| | Hirczy De Mino Phd, Wolfgang P | |
| | Planned Parenthood | |
| | Planned Parenthood | |
| | Planned Parenthood South Austin | |
| | Roe II, Jane | |
| | Roe II, Jane | |
| | Roe II, Jane | |
| | Stilley, Oscar | |
| | Stilley, Oscar | |
| | Stilley, Oscar | |

    **The State of Texas**

    **The State of Texas**

    **The State of Texas**

    **United States of America**

    **United States of America**

    **United States of America**

    **Whole Women's Heatlh**

## Events and Orders of the Court

| Date | Event |
|---|---|
| 09/20/2021 | New Cases Filed (OCA) |
| 09/20/2021 | PETITION |
| 09/20/2021 | STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS |
| 09/20/2021 | CIVIL CASE INFORMATION SHEET |
| 09/21/2021 | EMAILED REQUEST/RECORDING DEPT FROM<br>*ALLYSA TELLEZ FROM KENS 5 RE: ALL DOCUMENTS* |
| 09/21/2021 | EMAILED COPY OF:<br>*ALL DOCUMENTS TO ALLYSA TELLEZ FROM KENS 5* |
| 09/21/2021 | MOTION TO<br>*ADD TEXAS AS INTERPLEADER DEFENDANT TRCP 39* |
| 09/23/2021 | MOTION TO<br>*ADD USA AS INTERPLEADER PLAINTIFF OR DEFENDANT* |
| 09/23/2021 | FIRST AMENDED<br>*COMPLAINT* |
| 10/04/2021 | FAX TRANSMITTAL<br>*FROM THE OFFICE OF THE ATTORNEY GENERAL RE: ALL DOCUMENTS* |
| 10/06/2021 | SECOND AMENDED<br>*COMPLAINT* |
| 10/11/2021 | THIRD AMENDED PETITION |
| 10/11/2021 | PLEA<br>*TO THE JURISDICTION BY PROPOSED THIRD PARTY [PURPORTED INTERPLEADER PARTY] AS AMICUS CURIAE* |
| 10/12/2021 | MOTION TO<br>*FIND WAIVER OF TRCP 120A SPECIAL APPEARANCE TO TREAT MOTUON AS A GENERAL APPEARANCE AND TO STRIKE PURPORTED TRCP 120A MOTION AND REQUIRE RESPONSE TO COMPLAINT* |
| 10/26/2021 | LETTER TO DISTRICT CLERK<br>*FR: MARK WHEELIS**reply letter mail out 10/26/21* |
| 12/08/2021 | NOTICE OF ORDER POSTCARD RULE 306A |
| 12/08/2021 | NONSUIT<br>*Gomez Notice of Non-Suit Without Prejudice* |