# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 11, 2022

Mr. Judd Edward Stone, II, Esq.
Texas Attorney General's Office
P. O. Box 12548 (MC 059)
Austin, Texas 78711-2548

Mr. Jonathan F. Mitchell, Esq.
Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, Texas 78701

> Re: **United States v. Texas, et al.,
> No. 21-588**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By /s/ Herve' Bocage
Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
    Clerk, USCA Fifth Cir.
        (Your docket No. 21-50949)



U.S. COURT OF APPEALS
RECEIVED
JAN 11 2022
FIFTH CIRCUIT

# Supreme Court of the United States

No. 21-588 (21A85)

**UNITED STATES,**

                                        Petitioner

v.

**TEXAS, ET AL.**

**ON WRIT OF CERTIORARI** before judgment to the United States Court of Appeals for the Fifth Circuit.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the writ of certiorari is dismissed as improvidently granted.

December 10, 2021

A True Copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States

*[signature]*

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 12, 2022

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50949    USA v. State of Texas
                         USDC No. 1:21-CV-796

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order dismissing certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Stacy M. Carpenter, Deputy Clerk