IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 1:21-cv-796 |
| THE STATE OF TEXAS, | § § | |
| Defendant. | § § | |

### Stipulation of Dismissal

Pursuant to Fed R. Civ P. 41(a)(1)(A)(ii), the United States of America and Intervenor-Defendant Oscar Stilley stipulate to the dismissal, without prejudice, of all of the United States' claims in this action, each party to bear their own attorneys' fees and costs. Thus, the Court's preliminary injunction in this matter (ECF No. 68) is dissolved. *See Fundicao Tupy S.A. v. United States*, 841 F.2d 1101, 1103 (Fed. Cir. 1988) ("'[A] preliminary injunction is . . . 'ipso facto dissolved by a dismissal of the complaint.'" (quoting 7 J. Moore, J. Lucas, & K. Sinclair, Jr., MOORE'S FEDERAL PRACTICE ¶ 65.07 at 65-114 to 65-115 (2d ed. 1987)).

Dated: August 26, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Lisa Newman
James R. Powers
Joshua M. Kolsky
Kuntal Cholera
Cody T. Knapp
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for the United States*


  */s/ Oscar Stilley*
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479-384-2303 (mobile)
479-401-2615 (fax)
oscarstilley@gmail.com

*Intervenor-Defendant*