UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **United States of America** <br><br> Plaintiff, <br><br> v. <br><br> **The State of Texas**, <br><br> Defendant. | Case No. 1:21-cv-00796-RP |

**OPPOSED MOTION TO WITHDRAW ORDER DISMISSING CASE**

The intervenors have already served an answer, so the United States cannot dismiss this case under Rule 41(a)(1)(A)(i). *See* Dkt. Entry 28-2 (attached as Exhibit 1). The intervenors respectfully ask the Court to withdraw its order from August 29, 2022, dismissing the case under Rule 41(a)(1)(A)(i). *See* Dkt. Entry 98.

The United States opposes this motion and intends to file a response. The United States believes that the intervenors did not serve an answer within the meaning of Rule 41 because the answer was attached to their motion to intervene. The intervenors respectfully disagree with this view and contend that the answer that they served on September 22, 2021, constitutes the responsive pleading and precludes the United States from unilaterally dismissing the case under Rule 41(a)(1)(A)(i).

Respectfully submitted.

| | |
|---|---|
| HEATHER GEBELIN HACKER <br> Texas Bar No. 24103325 <br> ANDREW B. STEPHENS <br> Texas Bar No. 24079396 <br> Hacker Stephens LLP <br> 108 Wild Basin Road South, Suite 250 <br> Austin, Texas 78746 | */s/ Jonathan F. Mitchell* <br> JONATHAN F. MITCHELL <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) |

| | |
|---|---|
| (512) 399-3022 (phone)<br>heather@hackerstephens.com<br>andrew@hackerstephens.com | jonathan@mitchell.law<br><br>Gene P. Hamilton*<br>Virginia Bar No. 80434<br>Vice-President and General Counsel<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org<br><br>* admitted *pro hac vice*<br><br>*Counsel for Intervenors Erick Graham,* |
| Dated: September 5, 2022 | *Jeff Tuley, and Mistie Sharp* |

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Daniel Winik, counsel for the United States, and he informed me that the United States opposes this motion and intends to file a written response.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Intervenors Erick Graham,*
*Jeff Tuley, and Mistie Sharp*

## CERTIFICATE OF SERVICE

    I certify that on September 5, 2022, I served this document through CM/ECF upon all counsel of record in this case.

                                                                 /s/ Jonathan F. Mitchell
                                                                  JONATHAN F. MITCHELL
                                                                  *Counsel for Intervenors Erick Graham,*
                                                                  *Jeff Tuley, and Mistie Sharp*