# Exhibit A

| | |
|---|---|
| **From:** | Newman, Lisa N. (CIV) |
| **To:** | Jonathan Mitchell |
| **Cc:** | Thompson, Will; Dodge, Christopher D. (CIV); Netter, Brian (CIV); Knapp, Cody T. (CIV); Powers, James R. (CIV); Kolsky, Joshua (CIV); Cholera, Kuntal (CIV); Baer, Michael H. (CIV); Scott, Olivia Hussey (CIV); El-Khouri, Adele (CIV); Klusmann, Beth; Hudson, Eric; Olson, Leif; Thompson, Natalie; Heather Gebelin Hacker; Andrew Stephens; Gene P. Hamilton |
| **Subject:** | RE: [EXTERNAL] consent to service on motion to intervene |
| **Date:** | Friday, September 24, 2021 1:11:00 PM |

Jonathan,

DOJ consents to service by email.

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Friday, September 24, 2021 12:45 PM
**To:** Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>
**Cc:** Thompson, Will <Will.Thompson@oag.texas.gov>; Dodge, Christopher D. (CIV) <Christopher.D.Dodge@usdoj.gov>; Netter, Brian (CIV) <Brian.Netter@usdoj.gov>; Knapp, Cody T. (CIV) <Cody.T.Knapp@usdoj.gov>; Powers, James R. (CIV) <James.R.Powers@usdoj.gov>; Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Baer, Michael H. (CIV) <Michael.H.Baer@usdoj.gov>; Scott, Olivia Hussey (CIV) <Olivia.Hussey.Scott@usdoj.gov>; El-Khouri, Adele (CIV) <Adele.El-Khouri@usdoj.gov>; Klusmann, Beth <Beth.Klusmann@oag.texas.gov>; Hudson, Eric <Eric.Hudson@oag.texas.gov>; Olson, Leif <Leif.Olson@oag.texas.gov>; Thompson, Natalie <Natalie.Thompson@oag.texas.gov>; Heather Gebelin Hacker <heather@hackerstephens.com>; Andrew Stephens <andrew@hackerstephens.com>; Gene P. Hamilton <gene.hamilton@aflegal.org>
**Subject:** [EXTERNAL] consent to service on motion to intervene

Counsel:

Rule 24 requires us to serve the motion to intervene on the parties "as provided in Rule 5." I'm not certain that you received the NEF e-mail under Rule 5(b)(2)(E), because it listed only the e-mails of our clients' attorneys.

Just to be safe, could DOJ and Texas OAG each confirm that they are willing to consent to e-mail service of the motion to intervene? I have attached the motion to this e-mail.

—Jonathan


-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)

(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**