# United States Court of Appeals
# for the Fifth Circuit

No. 21-50949

United States of America,

*Plaintiff—Appellee,*

versus

State of Texas,

*Defendant—Appellant,*

Erick Graham; Jeff Tuley; Mistie Sharp,

*Intervenor Defendants—Appellants.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-796

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of September 23, 2022, pursuant to Appellants' unopposed motion.



A True Copy
Certified order issued Sep 23, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-50949

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
      Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2022

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50949   USA v. State of Texas
                         USDC No. 1:21-CV-796

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    /s/ Lisa E. Ferrara
                                By: _____
                                Lisa E. Ferrara, Deputy Clerk
                                504-310-7675

cc:
    Mr. James A. Barta
    Mr. Thomas Molnar Fisher
    Mr. Mark Reiling Freeman
    Ms. Brianne Jenna Gorod
    Ms. Heather Gebelin Hacker
    Mr. Gene Patrick Hamilton
    Ms. Sarah Elaine Harrington
    Ms. Amy Snow Hilton
    Ms. Beth Ellen Klusmann
    Mr. Jonathan F. Mitchell
    Mr. Brian David Netter
    Mr. Leif A. Olson
    Ms. Lanora Christine Pettit
    Ms. Julia F. Post
    Mr. James Ryan Powers
    Mr. Michael S. Raab
    Mr. Alan E. Schoenfeld
    Ms. Shannon Rose Selden

```
Mr. Andrew Bowman Stephens
Mr. Judd Edward Stone II
Ms. Laura Jean Thetford
Ms. Natalie Deyo Thompson
Mr. William Thomas Thompson
Mr. Benjamin Walton
Mr. Daniel Winik
```